OPINION — AG — ** CREDIT — PRISONERS — TIME SERVED ** PROVISIONS WHICH MAY BE INCORPORATED IN A JUDGMENT AND SENTENCE DIRECTING THAT A PRISONER BE GIVEN CREDIT FOR TIME WHICH MAY HAVE BEEN SPENT IN JAIL BEYOND THE JURISDICTION OF THE COURT, AND THAT YOU WILL NOT BE JUSTIFIED IN GRANTING SUCH CREDIT ON THE BOOKS OF THE PENITENTIARY EXCEPT UPON DIRECTION OF THE GOVERNOR. (PARDON AND PAROLE BOARD, IMPRISONMENT, SENTENCE) CITE: ARTICLE VI, SECTION 10 (SAM H. LATTIMORE)